UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANNA HUGHES, et al.,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>CITY OF SAN RAFAEL, et al.,<br><br>　　　　　Defendants. | Case No.  4:23-cv-01063-YGR<br><br>**ORDER DISMISSING CASE** |

In its March 20, 2023 Order denying preliminary injunctive relief, this Court gave plaintiffs until April 24, 2023 to file an amended complaint and directed that if no complaint was filed, the Court would dismiss the case *sua sponte*[1]. (Dkt. No. 19.)  Plaintiffs did not file an amended complaint and have not otherwise advised the Court of their intent to pursue this action.  Accordingly, the Court dismisses it with prejudice.  This means the case management conference scheduled for this afternoon is **VACATED**.  The clerk of court is directed to close the case.

**IT IS SO ORDERED.**

Dated: June 12, 2023

_____
YVONNE GONZALEZ ROGERS
UNITED STATES DISTRICT COURT JUDGE

---

[1] As explained in that order, "*sua sponte*" means the Court will do so on its own, without further action by either party.